IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA DE JESUS PARDIDA ARANDA, Individually, as wrongful death beneficiary and on behalf of the estate of JUSTINO GUTIERREZ, deceased, and as the next friend for all minor children, G.G., a minor child, Jo. G-P., a minor child, and Ju. G-P, a minor child, | § § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:18-CV-0494-D |
| VS. | § § | |
| YRC INC., et al., | § § | |
| Defendants. | § | |

## ORDER

Plaintiffs and the mediator have advised the court that the parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

January 16, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE