YRC.8769/MPS-DLD-,vaw

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA DE JESUS PARTIDA ARANDA, et al. § § § Plaintiffs § § § Civil Action No. 3:18-cv-00494-D v. § § YRC INC., et al., § § Defendants. § | |

MARIA DE JESUS PARTIDA ARANDA, et al. §
§
Plaintiffs §
§
§   Civil Action No. 3:18-cv-00494-D
v. §
§
YRC INC., et al., §
§
Defendants. §

**NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENFDANTS YRC INC. and JFERRY THORP**

TO THE HONORABLE JUDGE OF SAID COURT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, COME NOW Plaintiffs and Defendants YRC Inc. and Jeffrey Thorp, through their attorneys of record, and advise the Court that all matters and things in controversy between Plaintiffs and Defendants YRC Inc. and Jeffrey Thorp have been fully and completely compromised and settled, and file this Notice and Stipulation of Dismissal with Prejudice with reference to Plaintiffs' claims and causes of action against Defendants YRC Inc. and Jeffrey Thorp.

It is further STIPULATED that all of the claims and causes of action asserted by Plaintiffs against Defendants YRC Inc. and Jeffrey Thorp in the above-captioned lawsuit, or which could have been asserted in this or any other court by it, are hereby dismissed with prejudice to the re-filing of same in any court at any time.

It is further STIPULATED that all court costs incurred in the prosecution and defense of this cause of action are to be taxed against the parties incurring same. All other relief not expressly granted herein is denied.

**SO STIPULATED:**

*/s/ Christopher S. Hamilton*

**CHRISTOPHER S. HAMILTON**
State Bar No. 24046013
chamilton@hamiltonwingo.com
**FABIOLA SEGOVIA**
State Bar No. 24091342
fsegovia@hamiltonwingo.com
Hamilton Wingo
325 N. Saint Paul Street
Suite 3300
Dallas, TX  75201
(214) 234-7970
(214) 234-7370 (Fax)

**HUNT E. BONNEAU**
State Bar No. 00795257
hunt@hbinjury.com
The Bonneau Law Firm
2100 Valley View Lane
Suite 400
Dallas, TX  75234
(972) 325-1100
(972) 325-1914 [Fax]
***Attorneys for Plaintiff***


*/s/ Michael P. Sharp*

**MICHAEL P. SHARP**
State Bar No. 00788855**7**
msharp@feesmith.com
**DENNIS L. DANIELS**
State Bar No. 24107402
ddaniels@feesmith.com
Fee, Smith, Sharp & Vitullo, LLP
Three Galleria Tower
13155 Noel Rd., Suite 1000
Dallas, TX  75240
(972) 934-9100
(972) 934-9200 – Fax
***Attorneys for Defendants YRC Inc. and Jeffrey Thorp.***